# Third District Court of Appeal

## State of Florida

Opinion filed October 16, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1180
Lower Tribunal No. 23-57-AP-01

_____

**Alvin Smith,**
Petitioner,

vs.

**City of Miami,**
Respondent.

On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Appellate Division, Daryl E. Trawick, Ramiro C. Areces and Miguel M. de la O, Judges.

David J. Winker, P.A., and David J. Winker, for petitioner.

George Wysong, City Attorney, and John A. Greco, Chief Deputy City Attorney, for respondent City of Miami.

Bilzin Sumberg Baena Price & Axelrod, LLP, and Eileen Ball Mehta, Javier F. Aviñó, and Andrés T. Rivero, for intervenors, Invest Capital Group, LLC, et al.

Before LOBREE, BOKOR and GOODEN, JJ.

PER CURIAM.

Petition denied. See Haines City Cmty. Dev. v. Heggs, 658 So. 2d 523, 530 (Fla. 1995) (explaining that "[t]he inquiry [on second-tier certiorari review] is limited to whether the circuit court afforded procedural due process and whether the circuit court applied the correct law").